# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Le-Nature's Inc.<br>Commercial Litigation | MDL No. 2021<br>Civil Action No.: 2:09-mc-00162-DWA |
| COMPASS FINANCIAL<br>CORPORATION AND COMPASS<br>BANK,<br><br>            Plaintiffs,<br><br>      v.<br><br>MARSHALL INVESTMENTS<br>CORPORATION; *et al.*,<br><br>            Defendants. | Civil Action No.: 2:09-cv-00430-DWA |

## JOINT MOTION OF DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS

COME NOW, Plaintiffs Compass Financial Corporation and Compass Bank (collectively "Compass"), and Defendants Marshall Investments Corporation, Marshall Financial, Inc., The Marshall Group, and Marshall BankFirst Corporation (collectively the "Marshall Defendants"), by and through their undersigned counsel of record, and respectfully move for entry of an order pursuant to Rule 41(a)(2), Fed. R. Civ. P., dismissing with prejudice all remaining claims in this action.  In support Compass and the Marshall Defendants state as follows:

1.     Compass and the Marshall Defendants have entered into a settlement agreement with respect to all claims that have been asserted against the Marshall Defendants in the Second Amended Complaint and with respect to all third-party claims that the Marshall Defendants have asserted in this action.

2. Compass desires to have all of its pending claims against the Marshall Defendants in the Second Amended Complaint dismissed <u>with prejudice</u>.

3. The Marshall Defendants desire to have all of their pending third-party claims dismissed <u>with prejudice</u>.

4. On granting of this motion, there are no remaining claims and the case may be dismissed in its entirety.

5. Attached hereto as Exhibit A is a proposed Order for the Court's consideration and entry.

Respectfully submitted this, the 2nd day of May, 2013.

**FAEGRE BAKER DANIELS LLP**

/s/ *Michael M. Krauss*
Michael M. Krauss (Admitted pro hac vice)
Jerome A. Miranowski (Admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

Attorneys for Defendants
Marshall Investments Corporation, Marshall Financial, Inc., The Marshall Group, and Marshall BankFirst Corporation

**BALCH & BINGHAM LLP**

/s/ *L. Conrad Anderson IV*
Gregory C. Cook (Admitted pro hac vice)
L. Conrad Anderson IV (Admitted pro hac vice)
1901 6th Avenue North
Birmingham, AL 35203
(205) 251-8100

Attorneys for Plaintiffs
Compass Bank and Compass Financial Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, I served a true and correct copy of the foregoing upon each of the following by Electronic mail or U.S. mail pursuant to the Pretrial Order No. 1: Initial Case Management Order ("CMO"):

*Counsel for Marc S. Kirschner:*
Christine A. Alvarez
Christopher P. Johnson
David S. Rosner
Kim Conroy
Maria Gorecki
Michael M. Fay
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 21st Floor
New York, NY 10019
cmontenegro@kasowitz.com
cjohnson@kasowitz.com
drosner@kasowitz.com
kconroy@kasowitz.com
mgorecki@kasowitz.com
mfay@kasowitz.com

George T. Snyder
Richard O. Earley
Roy E. Leonard
Stonecipher, Cunningham,
 Beard & Schmitt
125 First Avenue
Pittsburgh, PA 15222
gsnyder@scbslaw.com
rearley@stonecipherlaw.com
rleonard@stonecipherlaw.com

*Counsel for Compass Financial Corporation and Compass Bank:*
Gregory C. Cook
A. Kelly Brennan
Conrad L. Anderson
Balch & Bingham LLP
1901 6th Avenue North
P.O. Box 306
Birmingham, AL 35201-0306
gcook@balch.com
kbrennan@balch.com
canderson@balch.com

Gretchen L. Jankowski
Buchanan Ingersoll & Rooney PC
301 Grant Street
One oxford Centre, 20th Floor
Pittsburgh, PA 15219
Gretchen.jankowski@bipc.com

*Counsel for Krones Inc., Krones AG, Heinz Sommer, and Volkner Kronseder:*
Andrew J. Wronski
Elizabeth A. N. Haas
Laura S. Kwaterski
Eric L. Maassen
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
awronski@foley.com
ehaas@foley.com
lkwaterski@foley.com
emaassen@foley.com

*Counsel for CIT Group/Equipment Financing, Inc.:*
Stuart C. Gaul, Jr.
Kimberly Luff Wakim
Thorp, Reed & Armstrong, LLP
One Oxford Center
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
sgauljr@thorpreed.com
kwakim@thorpreed.com

Steve L. Caponi
Blank Rome
1201 North Market Street, #800
Wilmington, DE 19801
caponi@blankrome.com

Christopher Sharp
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
sharp@blankrome.com

Robert R. Baugh
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, LA 35205
rbaugh@sirote.com

*Counsel for the United States of America:*
James W. Garrett
United States Attorneys Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
James.garrett@usdoj.gov

*Counsel for Plaintiff Farm Credit Leasing Services Corporation:*
Christopher P. Schueller
Timothy P. Palmer
Buchanan Ingersoll & Rooney, P.C.
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Christopher.schueller@bipc.com

H. Marc Tepper
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
Marc.tepper@bipc.com

*Counsel for BDO Seidman:*
William P. Donovan, Jr.
DLA Piper
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
william.donovan@dlapiper.com

Cary B. Samowitz
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
cary.samowitz@dlapiper.com

Timothy Hoeffner
Jayne A. Risk
DLA Piper
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300
Timothy.hoeffner@dlapiper.com
Jayne.risk@dlapiper.com

*Counsel for MB Financial Bank, N.A.:*
Gretchen L. Jankowski
Buchanan Ingersoll & Rooney PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Gretchen.jankowski@bipc.com

Richard A. Saldinger
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
rsaldinger@shawgussis.com

*Counsel for David E. Getzik:*
Jeffrey S. Broome
Rotatori Bender, Co., LPA
526 Superior Ave., East, Suite 800
Cleveland, OH 44114
sbroome@rotatori.com

*Counsel for Gregory J. Podlucky, Jonathan E. Podlucky, Robert B. Lynn and Andrew Murin, Jr.:*
Robert O. Lampl
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
rol@lampllaw.com

*The Pollinger Company, Inc.*
8100 Nathaniel Greene Lane
Charlotte, NC 28227

*Paul Pollinger*
8100 Nathaniel Greene Lane
Charlotte, NC 28227

*Donald K. Pollinger*
8100 Nathaniel Greene Lane
Charlotte, NC 28227

*Counsel for State Action Plaintiffs:*
Robert S. Loigman
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
robertloigman@quinnemanuel.com

*/s/ Michael M. Krauss*
Michael M. Krauss

dms.us.52026711.01